UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CELGENE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>NATCO PHARMA LIMITED, ARROW INTERNATIONAL LIMITED, and WATSON LABORATORIES, INC.,<br><br>Defendants. | Civil Action No.<br><br>14-3126 (SDW) (LDW)<br><br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a telephonic status conference on October 13, 2015, and for good cause shown, and

**WHEREAS** the parties indicate that no disputed *Markman* issues exist in this action,

**IT IS**, on this 14th day of October, 2015, ordered that the Pretrial Scheduling Order entered May 5, 2015 (ECF No. 44) is hereby amended by striking all remaining deadlines concerning *Markman* issues.

*/s/ Leda Dunn Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge